# PETER HANSEN v. GREAT NORTHERN RAILWAY COMPANY.[1]

April 24, 1914.

Nos. 18,620—(83).

**Case followed.**

Action in the district court for Yellow Medicine county to recover $10,000 for injury received while in defendant's employ. The case was tried before Powers, J., who denied defendant's motions for a directed verdict in its favor, and a jury which returned a verdict of $900 in favor of plaintiff.

From an order denying its motion for judgment notwithstanding the verdict and granting a new trial, defendant appealed. Appeal dismissed.

*Aikens & Judge,* and *M. L. Countryman,* for appellant.

*Tom Davis* and *E. A. Michel,* for respondent.

PER CURIAM.

This is a personal injury action in which, after a verdict for plaintiff, defendant moved in the alternative for judgment notwithstanding the verdict or a new trial. The motion for judgment was denied, but a new trial granted on the ground that the evidence was insufficient to sustain the verdict. Defendant appealed from the order.

Following Kommerstad v. Great Northern Ry. Co. supra, page 297, 146 N. W. 975, the appeal is dismissed.

[1] Reported in 146 N. W. 976.